UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE TALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>MIRATI THERAPEUTICS, INC., FAHEEM HASNAIN, CHARLES BAUM, BRUCE CARTER, JULIE CHERRINGTON, AARON DAVIS, CAROL GALLAGHER, CRAIG JOHNSON, MAYA MARTINEZ-DAVIS, and SHALINI SHARP, | Case No.: 3:23-cv-02055-H-VET<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Lawrence Talley ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 15, 2024

**BRODSKY & SMITH**

By: Evan J. Smith

Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*