**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE TALLEY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIRATI THERAPEUTICS, INC., FAHEEM HASNAIN, CHARLES BAUM, BRUCE CARTER, JULIE CHERRINGTON, AARON DAVIS, CAROL GALLAGHER, CRAIG JOHNSON, MAYA MARTINEZ-DAVIS, AND SHALINI SHARP,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:23-cv-02055-H-VET<br><br>**ORDER GRANTING PLANTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>[Doc. No. 7.] |

　　On November 7, 2023, Plaintiff Lawrence Talley ("Plaintiff") filed a complaint against Defendants Mirati Therapeutics, Inc., Faheem Hasnain, Charles Baum, Bruce Carter, Julie Cherrington, Aaron Davis, Carol Gallagher, Craig Johnson, Maya Martinez-Davis, and Shalini Sharp (collectively, "Defendants").  (Doc. No. 1.)  On February 15, 2024, the Court noticed a hearing for March 18, 2024 due to Plaintiff's failure to serve the complaint pursuant to Civil Local Rule 4.1(b).  (Doc. No. 5.)  That same day, Plaintiff filed a notice of voluntary dismissal of the entire action without prejudice.  (Doc. No. 7.)

　　Federal Rule of Civil Procedure 41(a)(1)(A) provides that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal

signed by all parties who have appeared." Because Defendants have not filed an answer or a motion for summary judgment in this case, the Court grants Plaintiff's motion and dismisses the action without prejudice. The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED: February 15, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT